**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

United States of America ex rel.
The Tarbell Group, LLC,

Plaintiff

v.

Third Way,
Citizens United,
National Conference on Public Employee Retirement Systems,
League of United Latin American Citizens,
International Human Rights Group,
National Women's Political Caucus,
Armenian National Committee of America, Inc.
and
Jewish War Veterans of the United States of America, Inc.,

Defendants.

Case: 1:24–cv–01816 JURY DEMAND
Assigned To : Leon, Richard J.
Assign. Date : 6/24/2024
Description: Gen Civ. (E–Deck)

***Filed in camera and under seal pursuant to 31 U.S.C.§ 3730(b)(2)***

**COMPLAINT**

**Nature of the Claim**

1. Relator The Tarbell Group, LLC brings this action for itself and the United States under the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* to recover funds illegally obtained by Defendants under federal COVID-19 relief laws.

**Jurisdiction and Venue**

2. The Court has jurisdiction over, and is the appropriate venue for, this matter because it arises under a federal law, because the United States is a plaintiff, and because in this judicial

RECEIVED
JUN 24 2024
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

district all Defendants can be found, reside, transact business in, or committed an act proscribed by the False Claims Act. 28 U.S.C. §§ 1331, 1345; 31 U.S.C. § 3732(a).

**Parties**

3. Relator The Tarbell Group, LLC is a limited liability company located in and organized under the laws of the Commonwealth of Virginia.

4. Defendant Third Way is an entity exempt from taxation under section 501(c)(4) of the Internal Revenue Code, 26 U.S.C. § 501(c)(4) ("Tax-Exempt 501(c)(4) Organization") with its principal place of business at 1025 Connecticut Avenue, N.W., in Washington, D.C.

5. Defendant Citizens United is a Tax-Exempt 501(c)(4) Organization with its principal place of business at 1006 Pennsylvania Avenue, S.E., in Washington, D.C.

6. Defendant National Conference on Public Employee Retirement Systems is a Tax-Exempt 501(c)(4) Organization with its principal place of business at 444 North Capitol Street, N.W., Suite 630, in Washington, D.C.

7. Defendant League of United Latin American Citizens is a Tax-Exempt 501(c)(4) Organization with its principal place of business at 1133 19th Street, N.W., Suite 1000, N.W., in Washington, D.C.

8. Defendant International Human Rights Group is a Tax-Exempt 501(c)(4) Organization with its principal place of business at 1701 K St., N.W., 7th Floor, in Washington, D.C.

9. Defendant National Women's Political Caucus is a Tax-Exempt 501(c)(4) Organization with its principal place of business at 1001 Connecticut Avenue, N.W., in Washington, D.C.

10. Defendant Armenian National Committee of America, Inc. is a Tax-Exempt 501(c)(4) Organization with its principal place of business at 1711 N. Street, N.W. in Washington, D.C.

11. Defendant Jewish War Veterans of the United States of America, Inc. is a Tax-Exempt 501(c)(4) Organization with its principal place of business at 1811 R Street, N.W. in Washington, D.C.

**Background**

12. To provide economic relief and stimulate the economy during the COVID-19 pandemic, Congress in 2020 enacted the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, amended by, *inter alia*, the Paycheck Protection Program Flexibility Act of 2020, Pub. L. 116-142 and the American Rescue Plan Act of 2021, Pub. L. 117-2 (2021) (together with implementing regulations, referred to herein as the "PPP Program"). The PPP Program effectively transferred money from the federal government to eligible recipients via the United States Small Business Administration ("SBA"). The transfers took the form of private loans guaranteed, forgiven and reimbursed by SBA ("PPP Loans"). PPP Loan recipients could receive loans in up to two tranches, each called a "draw," *i.e.*, first-draw and second-draw PPP Loans.

13. As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program.

14. The PPP Program at all times expressly excluded Tax-Exempt 501(c)(4) Organizations from eligibility. Such organizations were never eligible to receive PPP Loans.

15. Each defendant is a Tax-Exempt 501(c)(4) Organization and was therefore ineligible to receive PPP Loans.

**PPP Loans**

16. Third Way applied and was approved for a first-draw PPP Loan on April 14, 2020 (loan number 6311927102), in the amount of $974,771.00, received said PPP Loan, and had said PPP Loan forgiven on January 14, 2021, in the amount of $982,061.75.

17. Citizens United applied and was approved for a first-draw PPP Loan on April 30, 2020 (loan number 7666447300), in the amount of $199,033.00 and received said PPP Loan. The SBA's most recent datasets, made public on or about October 3, 2023, do not indicate whether this loan has been forgiven.

18. National Conference on Public Employee Retirement Systems applied and was approved for a first-draw PPP Loan on April 30, 2020 (loan number 5967057306), in the amount of $143,412.00, received said PPP Loan, and had said PPP Loan forgiven on March 5, 2021, in the amount of $144,595.15.

19. National Conference on Public Employee Retirement Systems applied and was approved for a second-draw PPP Loan on April 14, 2021 (loan number 3508708810), in the amount of $118,052.00, received said PPP Loan, and had said PPP Loan forgiven on March 16, 2022, in the amount of $119,147.26.

20. League of United Latin American Citizens applied and was approved for a first-draw PPP Loan on May 1, 2020 (loan number 4814037708), in the amount of $122,644.00, received said PPP Loan, and had said PPP Loan forgiven on May 26, 2021, in the amount of $123,934.28.

21. League of United Latin American Citizens applied and was approved for a second-draw PPP Loan on April 24, 2021 (loan number 1114658904), in the amount of $41,710.00,

received said PPP Loan, and had said PPP Loan forgiven on November 22, 2021, in the amount of $41,933.98.

22. International Human Rights Group applied and was approved for a first-draw PPP Loan on May 1, 2020 (loan number 8763507301), in the amount of $41,739.00, received said PPP Loan, and had said PPP Loan forgiven on April 16, 2021, in the amount of $42,132.04.

23. National Women's Political Caucus applied and was approved for a first-draw PPP Loan on April 30, 2020 (loan number 6525887305), in the amount of $9,582.00, received said PPP Loan, and had said PPP Loan forgiven on March 25, 2021, in the amount of $9,668.24.

24. National Women's Political Caucus applied and was approved for a second-draw PPP Loan on February 6, 2021 (loan number 4763188408), in the amount of $7,895.00, received said PPP Loan, and had said PPP Loan forgiven on December 9, 2021, in the amount of $7961.23.

25. Armenian National Committee of America, Inc. applied and was approved for a first-draw PPP Loan on April 14, 2020 (loan number 5862627108), in the amount of $86,800.00 (later increased to $92,340.91), received said PPP Loan, and had said PPP Loan forgiven on May 27, 2021, in the amount of $93,313.05.

26. Jewish War Veterans of the United States, Inc. applied and was approved for a first-draw PPP Loan on April 30, 2020 (loan number 6143427301), in the amount of $125,654.00, received said PPP Loan, and had said PPP Loan forgiven on May 13, 2021, in the amount of $126,927.99.

**Cause of Action - False Claims Act, 31 U.S.C. § 3729**

27. Relator repeats and realleges each of the foregoing paragraphs.

28. As a Tax-Exempt 501(c)(4) Organization, each defendant was ineligible to receive PPP Loans.

29. Each defendant did knowingly present, or cause to be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

30. Each defendant did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof, thereby receiving the same.

31. Each defendant did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof, thereby receiving the same.

**Prayer for Relief**

32. WHEREFORE, Relator respectfully prays for a judgment awarding the following relief against each defendant respectively:

    a. A declaration that such defendant did violate the False Claims Act;

    b. An amount thrice the amount of PPP Loans forgiven with respect to such defendant, plus civil penalties and applicable interest, under 31 U.S.C. § 3729(a)(1);

    c. The cost of this civil action, apportioned to such defendant respectively in proportion to its share of the aggregate damages recouped herein, under 31 U.S.C. § 3729(a)(3);

d. An award to relator, including its reasonable expenses, attorneys' fees and costs, under 31 U.S.C. § 3730(d)(1) or (2), as applicable; and

e. Such other relief as may be just and proper.

**Demand for Jury Trial**

33. Relator demands a jury trial.

Respectfully submitted,

**Law Office of Bruce Ellis Fein, PLLC**
Bruce Ellis Fein, Esq.
D.C. Bar No. 469466
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*