UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
ex rel. THE TARBELL GROUP, LLC,

Plaintiff,

v.

AMERICAN EDUCATION TRUST, et al.,

Defendants.

Civil Action No. 24-1816 (RJL)

FILED UNDER SEAL

**JOINT STIPULATION OF DISMISSAL AS TO DEFENDANTS LEAGUE OF UNITED LATIN AMERICAN CITIZENS AND NATIONAL CONFERENCE ON PUBLIC EMPLOYEE RETIREMENT SYSTEMS**

Pursuant to Federal Rule of Civil Procedure 41(a), the United States, having partially intervened in this *qui tam* under the False Claims Act ("FCA"), 31 U.S.C. §§ 3729-3733, for purposes of settlement with respect to certain defendants, and Relator The Tarbell Group, LLC, ("Relator"), hereby notify the Court that pursuant to the terms of the respective Settlement Agreements entered into with (1) League of United Latin American Citizens, and (2) National Conference on Public Employee Retirement Systems (collectively "Defendants"), the United States and Relator stipulate to dismissal of the intervened and settled claims and seek a partial unsealing, as set forth below:

1. All of the intervened and settled claims described as "Covered Conduct" in the Settlement Agreements with Defendants, are dismissed with prejudice as to the United States and Relator subject to the terms and conditions of the Settlement Agreement. The Court retains jurisdiction to enforce the Settlement Agreement.

2. All other claims against these Defendants in the Civil Action, to the extent any claims remain, shall be dismissed without prejudice as to the United States and shall be dismissed

RECEIVED
DEC 23 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

with prejudice as to Relator.

3. Except as provided in the Settlement Agreements with these Defendants, the parties shall bear their respective costs, including any possible attorneys' fees or other expenses of litigation with respect to the intervened and settled claims.

4. Defendants have not been served with or filed an answer or responsive pleading to the Relator's *qui tam* Complaint.

Further, the United States requests a partial unsealing to allow it to share a redacted version of the Court's Order dismissing these settling Defendants with Defendants and their counsel. As explained in the United States' partial limited intervention, because the United States' investigation regarding other defendants named in this Civil Action continues, the United States requests that, except as otherwise ordered by this Court, all papers on file in this action remain under seal at this time.

A proposed order of dismissal is submitted herewith.

Dated: December 23, 2025
Washington, DC

Law Office of Bruce Ellis Fein, PLLC
Bruce Ellis Fein, Esq., D.C. Bar No. 469466
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390

*Attorney for Relator*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: ______________________
SEAN M. TEPE, D.C. Bar #1001323
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2533
Sean.Tepe@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of December 2025, a true and correct copy of the foregoing Joint Stipulation of Dismissal were served through electronic mail to counsel for relator, Bruce Ellis Fein (bruce@newdream.net).

Because this action is under seal pursuant to 31 U.S.C. § 3730, Defendants have not been served with copies of the foregoing Joint Stipulation.

/s/
SEAN M. TEPE
Assistant United States Attorney