UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* THE TARBELL GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EDUCATIONAL TRUST, *et al.*,<br><br>Defendants. | Civil Action No. 24-1816 (RJL) |

**ORDER**

UPON CONSIDERATION of the United States's notice of election to decline intervention and the United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby

ORDERED that the following documents be unsealed:

1. Relator's Complaint;
2. Joint Stipulation of Dismissal as to Defendants Armenian National Committee of America, Inc., Diplomatic and Consular Officers Retired, Inc., National Organization for Women, Inc., and Third Way (dated Sept. 30, 2025);
3. Joint Stipulation of Dismissal as to Defendants League of United Latin American Citizens, and National Conference on Public Employee Retirement System (dated Dec. 23, 2025);
4. Joint Stipulation of Dismissal as to Defendants Jewish War Veterans of the United States of America, Inc., and National Women's Political Caucus, Inc. (dated June 8, 2026);
5. Relator's Notice of Voluntary Dismissals;
6. The United States' Notice of Election to Decline Intervention; and
7. This Order.

ORDERED that all other existing contents of the Court's file in this action remain under seal and not be made public or served upon Defendant;

ORDERED that the seal be lifted as to all other matters occurring in this action after the date of this Order;

ORDERED that the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);

ORDERED that the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

ORDERED that the parties shall serve all notices of appeal upon the United States;

ORDERED that all orders of this Court shall be sent to the United States; and

ORDERED should Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED:

10/8/26
Date

RJLeon
United States District Judge